## No. 15,797.

Shooter et al. *v.* Quintana et al. Doing Business as United Iron Foundry.

(194 P. [2d] 910)

Decided June 14, 1948.

Per Curiam.

Judgment affirmed en banc without written opinion, MR. JUSTICE ALTER, MR. JUSTICE STONE and MR. JUSTICE LUXFORD, not participating.

Mr. HAROLD S. OAKES, Mr. BENJAMIN GRIFFITH, for plaintiffs in error.

Mr. PAUL A. HENTZELL, for defendants in error.

Judgment affirmed en banc without written opinion, MR. JUSTICE ALTER not participating.